IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO. *5: 09-180*

Eastern District of Kentucky
**FILED**

JUN 1 6 2009

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

Casey Wasserman Living Trust Under )
Declaration of Trust Dated June 29, 1999 )
)
and )
)
Wasserman Media Group LLC )
)
    Plaintiffs )
)
vs. ) **ANSWER**
)
Tim Bowers )
)
and )
)
Tyler Bowers )
)
    Defendants )

\* \* \* \* \*

    Defendants, Tim Bowers and Tyler Bowers, state as follows their Answer to the Complaint filed against them:

### NATURE OF ACTION

1.     The Defendants deny the allegations set forth in paragraph 1.

2.     The Defendants deny the allegations set forth in paragraph 2.

### THE PARTIES AND JURISDICTION

3.     The Defendants have no knowledge of the statement set forth in paragraph 3.

4.     The Defendants have no knowledge of the statement set forth in paragraph 4.

5. The Defendants admit to the statement set forth in paragraph 5.

6. The Defendants admit to the statement set forth in paragraph 6.

7. The Defendants have no knowledge of the statement set forth in paragraph 7.

8. The Defendants have no knowledge of the statement set forth in paragraph 8.

## BACKGROUND FACTS

9. The Defendants deny the allegations set forth in paragraph 9.

10. The Defendants deny the allegations set forth in paragraph 10.

11. The Defendants deny the allegations set forth in paragraph 11.

12. The Defendants deny the allegations set forth in paragraph 12.

13. The Defendants have no knowledge of the statement set forth in paragraph 13.

14. The Defendants deny the allegations set forth in paragraph 14.

15. The Defendants have no knowledge of the statement set forth in paragraph 15.

16. The Defendants have no knowledge of the statement set forth in paragraph 16.

17. The Defendants deny the allegations set forth in paragraph 17.

18. The Defendants deny the allegations set forth in paragraph 18.

19. The Defendants deny the statement set forth in paragraph 19.

20. The Defendants deny the allegations set forth in paragraph 20.

21. The Defendants deny the allegations set forth in paragraph 21.

22. The Defendants deny the allegations set forth in paragraph 22.

23. The Defendants have no knowledge of the statement set forth in paragraph 23.

24. The Defendants have no knowledge of the statement set forth in paragraph 24.

25. The Defendants deny the allegations set forth in paragraph 25.

## COUNT I: Breach of Contract – Motor Coach

26. The Defendants deny the allegations set forth in paragraph 26.

27. The Defendants deny the allegations set forth in paragraph 27.

28. The Defendants have no knowledge of the statement set forth in paragraph 28.

29. The Defendants deny the allegations set forth in paragraph 29.

30. The Defendants have no knowledge of the statement set forth in paragraph 30.

## COUNT II: Breach of Contract – Representation of Tyler Bowers

31. The Defendants deny the allegations set forth in paragraph 31.

32. The Defendants deny the allegations set forth in paragraph 32.

33. The Defendants have no knowledge of the statement set forth in paragraph 33.

34. The Defendants deny the allegations set forth in paragraph 34.

35. The Defendants have no knowledge of the statement set forth in paragraph 35.

## COUNT III: Indemnity

36. The Defendants deny the allegations set forth in paragraph 36.

37. The Defendants deny the allegations set forth in paragraph 37.

38. The Defendants deny the allegations set forth in paragraph 38.

39. The Defendants deny the allegations set forth in paragraph 39.

## COUNT IV: Promissory Estoppel

40. The Defendants deny the allegations set forth in paragraph 40.

41. The Defendants deny the allegations set forth in paragraph 41.

42. The Defendants have no knowledge of the statement set forth in paragraph 42.

43. The Defendants have no knowledge of the statement set forth in paragraph 43.

### COUNT V: Unjust Enrichment and Quantum Meruit

44. The Defendants deny the allegations set forth in paragraph 44.

45. The Defendants deny the allegations set forth in paragraph 45.

46. The Defendants deny the allegations set forth in paragraph 46.

47. The Defendants deny the allegations set forth in paragraph 47.

48. The Defendants deny the allegations set forth in paragraph 48.

### DEMAND FOR RELIEF

Accordingly, defendants Tim Bowers and Tyler Bowers request the following:

1. That the Complaint filed against them be dismissed;

2. That a Judgement for Wasserman and WMG be denied on all claims in this Complaint;

3. That the Court award defendants, Tim Bowers and Tyler Bowers, all of their attorney fees, costs and expenses incurred in this litigation;

4. A trial by jury on all triable issues.

Respectfully submitted,

_____, Pro Se
Tim Bowers
105 Berwick Drive
Danville, KY 40422
859-319-3555

_____, Pro Se
Tyler Bowers
105 Berwick Drive
Danville, KY 40422
859-319-3555

CERTIFICATE OF SERVICE

I hereby certify that I have this 16th day of June, 2009, served David Tachau, Brian F. Haara, Tachau Meek PLC; 2400 National City Tower, 101 S. Fifth St., Louisville, KY 40202-3115, 502-238-9900 with the foregoing Answer by placing same in the U. S. Mail with sufficient postage attached.

_____
Tim Bowers

06/16/2009

_____
Clerk of Court

_____
Clerk Address

**RE:** Casey Wasserman Living Trust Under Declaration of Trust Dated June 29, 1999 and Wasserman Media Group LLC **vs.** Tim Bowers and Tyler Bowers

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO. *5: 09-180*

Dear _____:
        (Clerk Name)

Please file the enclosed Answer in the above matter and return a file-marked copy to me in the enclosed self-addressed, stamped envelope.

By copy of this letter, I am forwarding same to David Tachau, Brian F. Haara, Tachau Meek PLC; 2400 National City Tower, 101 S. Fifth St., Louisville, KY 40202-3115, 502-238-9900.

    Thank you for your assistance in this matter.
Sincerely,

_____
Tim Bowers

_____
Tyler Bowers

Enclosures: original Answer + 1 copy
Self-addressed, stamped envelope
cc: David Tachau
    Brian F. Haara
    Tachau Meek PLC
    2400 National City Tower
    101 S. Fifth St.
    Louisville, KY 40202-3115

5