UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**LEXINGTON**

| | |
|---|---|
| CASEY WASSERMAN LIVING  )<br>TRUST UNDER DECLARATION OF  )<br>TRUST DATED JUNE 29, 1999  ) Civil Action No. 5:09-CV-180-JMH<br>)<br>and  )<br>)<br>WASSERMAN MEDIA GROUP LLC,  )<br>)  **JUDGMENT**<br>    Plaintiffs,  )<br>)<br>)<br>v.  )<br>)<br>)<br>TIM BOWERS and TYLER BOWERS,  )<br>)<br>    Defendants.  ) | |

\*\*   \*\*   \*\*   \*\*   \*\*

In accordance with the Court's Order of September 20, 2010 [Record No. 38], February 11, 2011 [Record No. 51], February 28, 2011 [Record No. 54], and the verdict returned by the jury on May 3, 2011 [Record No. 74],

**IT IS HEREBY ORDERED**:

(1) That Plaintiffs are awarded damages in the amount of **$169,507.48** plus prejudgment and post-judgment interest from Defendant Tim Bowers;

(2) That Plaintiffs are awarded damages in the amount of **$2,333.33** plus prejudgment and post-judgment interest from Defendants Tim Bowers and Tyler Bowers, jointly and severally;

(4) That this action be, and the same hereby is, **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET**;

(5) That all pending motions be, and the same hereby are, **DENIED AS MOOT**;

(6) That all scheduled proceedings be, and the same hereby are, **CONTINUED GENERALLY**;

(7) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY**.

This the 5th day of May, 2011.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

2